WHITE *v.* GLASGOW.

GRICE, Justice. This case is controlled by the judgment in the companion case of *White* v. *Glasgow,* ante.

*Judgment affirmed. All the Justices concur.*

No. 14001. FEBRUARY 10, 1942. REHEARING DENIED MARCH 14, 1942.